**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

EMILY ANDREWS,                                    :
                                                  :
        Plaintiff,                  :      26-CV-1990 (ALC) (OTW)
                                                  :
        -against-                   :      **ORDER**
                                                  :
GID INVESTMENT ADVISERS LLC,                      :
                                                  :
        Defendants.                 :
                                                  :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's request to adjourn the initial case management conference scheduled for June 3, 2026. This request is **GRANTED** in part. Parties are directed to meet and confer and file a letter motion for a conference with three proposed dates for an in-person conference.

The Clerk of the Court is respectfully directed to close ECF 16.

**SO ORDERED.**


                                            *s/ Ona T. Wang*

Dated: May 29, 2026                              **Ona T. Wang**
      New York, New York                      United States Magistrate Judge